CADMAN MEMORIAL CONGREGATIONAL SOCIETY OF BROOKLYN et al., Suing on Behalf of Themselves and Other Congregational Christian Churches Similarly Situated, Appellants, *v.* HELEN KENYON, as Moderator of the General Council of the Congregational Christian Churches, Respondent.

Submitted October 6, 1952; decided October 23, 1952.

*Loren N. Wood* for motions.

*Kenneth W. Greenawalt, Joseph Diehl Fackenthal* and *John H. Barber* opposed.

Motion granted to the extent that the appeal is dismissed.

Motion as to Exhibit 28 denied without prejudice to the right to hand up the original thereof upon the oral argument.